BEFORE THE THIRD DIVISION, AUGUST 17, 1949

**No. 53506.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 58552–K (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53507.**—D. & A. Sclafani et al. *v.* United States, protests 142057–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, AUGUST 23, 1949

**No. 53508.**—MacDonald Meyers et al. *v.* United States, protests 997894–G, etc. (Los Angeles).

Opinion by OLIVER, C. J. It was stipulated that certain items of the merchandise are similar in all material respects to the articles the subject of *Rolls Razor, Inc.* v. *United States* (6 Cust. Ct. 271, C. D. 480) and Abstract 51306. The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 53509.**—Bullocks, Inc., et al. *v.* United States, protests 52335–K, etc. (Los Angeles).

Opinion by OLIVER, C. J. It was stipulated that certain items of the merchandise are similar in all material respects to the articles the subject of *Rolls Razor, Inc.* v. *United States* (6 Cust. Ct. 271, C. D. 480) and Abstract 51306. The claim at 20 percent under paragraph 1558 was therefore sustained.

BEFORE THE SECOND DIVISION, AUGUST 23, 1949

**No. 53510.**—The J. L. Hudson Company *v.* United States, protests 139613–K and 139614–K (Detroit).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of knitted wool scarves similar in all material respects to those passed upon in Abstract 50303, the claim of the plaintiff was sustained.